JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN ROBLEDO, an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>ICONMA, LLC. a Michigan Limited Liability Corporation; CHARTER COMMUNICATIONS, INC. DBA CHARTER COMMUNICATIONS (CCI), INC., a Delaware Corporation; and DOES 1 THROUGH 20, inclusive<br><br>DEFENDANTS. | Case No.: 2:21-cv-07563-FMO-PVC<br><br>*Assigned For All Purposes to:*<br>*Hon. Fernando Olguin*<br><br>**ORDER RE: JOINT STIPULATED FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

///
///
///
///

# ORDER

Pursuant to the Parties' Stipulation to Dismiss Entire Action With Prejudice, and good cause appearing therefor, IT IS HEREBY ORDERED THAT the entire action is dismissed with prejudice, with each side bearing its own attorneys' fees and costs.

Dated: July 6, 2022   /s/ _____

HON. FERNANDO OLGUIN
UNITED STATES DISTRICT COURT